P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE

$ 00.48⁰

PITNEY BOWES

RE: WR-83,890-01

MICHAEL JONES

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.

78711£2308 B005